United States District Court
Southern District of Texas
**ENTERED**
May 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM HERRING AND LINDA HERRING, <br> *Plaintiffs,* <br><br> v. <br><br> ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, <br> *Defendant.* | § <br> § <br> § <br> § CIVIL ACTION NO. 4:16-cv-01805 <br> § <br> § <br> § <br> § <br> § <br> § |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs WILLIAM HERRING AND LINDA HERRING, and Defendant, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 1st day of May, 2017.

_____
JUDGE PRESIDING

2593343v1
03646.179

AGREED:


  /s/ Jesse S. Corona *
Jesse S. Corona
State Bar No.: 24082184
Federal Bar No. 2239270
jesse@thecoronalawfirm.com
THE CORONA LAW FIRM, PLLC
521 N Sam Houston Parkway, Suite 420
Houston, Texas 77060
Telephone: (281) 882-3531
Telecopy: (713) 678-0613

**ATTORNEYS FOR PLAINTIFFS**

*Signed with Permission*


  /s/ Jay Scott Simon
Jay Scott Simon
State Bar No. 24008040
Federal No. 31422
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8216
Facsimile:  (713) 403-8299

**ATTORNEYS FOR DEFENDANT**